UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:   05-10446GAO

EILEEN DICK,
       Plaintiff

v.

AMERICAN AIRLINES, INC. and
WORLDWIDE FLIGHT SERVICES, INC.,
       Defendants.

## DEFENDANT'S, WORLDWIDE FLIGHT SERVICES, INC., CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, the Defendant, Worldwide Flight Services states the following:

**WORLDWIDE FLIGHT SERVICES, INC.**. is a wholly owned subsidiary of Vinci Airports US Inc. Neither of these companies have publicly traded stock. Vinci Airports US Inc. is an indirect subsidiary of VINCI, S.A., a company that is publicly traded on the European stock exchanges, but not on any US stock exchanges.

Respectfully submitted,
Worldwide Flight Services, Inc.,

By Its Attorneys,

/s/ Maynard M. Kirpalani
Maynard M. Kirpalani, BBO#273940
Geoffrey Coan, BBO# 641998
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

35499.1