UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:   05-10446GAO

EILEEN DICK,

        Plaintiff

v.

AMERICAN AIRLINES, INC. and
WORLDWIDE FLIGHT SERVICES, INC.,
        Defendants.

## DEFENDANT'S, WORLDWIDE FLIGHT SERVICES, INC., LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR WORLDWIDE FLIGHT SERVICES, INC. AND THE UNDERSIGNED WORLDWIDE FLIGHT SERVICES, INC. REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
Worldwide Flight Services, Inc.,

VP + General Counsel

By Its Attorneys,

Maynard M. Kirpalani, BBO#273940
Geoffrey Coan, BBO# 641998
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Maynard M. Kirpalani, hereby certify that I have this 17th day of March 2005, served a copy by mailing same, postage prepaid of to all parties of record.

/s/ Maynard M. Kirpalani
Maynard M. Kirpalani