UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:   05-10446GAO

EILEEN DICK,

       Plaintiff

v.

AMERICAN AIRLINES, INC. and
WORLDWIDE FLIGHT SERVICES, INC.,

       Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for Defendant, WORLDWIDE FLIGHT SERVICES, INC., in the above-referenced matter.

Respectfully submitted,

Worldwide Flight Services, Inc.,

By Its Attorneys,

/s/ Carey Bertrand
Maynard M. Kirpalani, BBO#273940
Geoffrey Coan, BBO# 641998
Carey Bertrand, BBO#650496
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: March 17, 2005

35718.1