# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

2005 MAR 29 P 12: 07

**Carey L. Bertrand**
Writer's Ext.: 5424
BertrandC@wemed.com

March 29, 2005

**VIA HAND DELIVERY**
Docket Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    Dick v. American Airlines et al.
               C.A. No. 05-10446GAO

Dear Sir or Madam:

      Enclosed please find the record from Suffolk Superior Court.

      Thank you for your attention to this matter. Please do not hesitate to contact this office with questions.

                                        Very truly yours,

                                        Maynard M. Kirpalani
                                        Carey L. Bertrand

Enclosures
Cc: Kathleen Kane, Esq.(w/o enclosures)

36110.1

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

FILED
CLERK'S OFFICE
2005 MAR 29 P 12:08
U.S. DISTRICT COURT
DISTRICT OF MASS

## SUCV2005-00466
### Dick v American Airlines, Inc et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 02/07/2005 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 03/11/2005 | **Session** | C - Civil C | |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro | |
| **Lead Case** | | **Track** | F | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 05/08/2005 | **Answer** | 07/07/2005 | **Rule12/19/20** | 07/07/2005 |
| **Rule 15** | 07/07/2005 | **Discovery** | 12/04/2005 | **Rule 56** | 01/03/2006 |
| **Final PTC** | 02/02/2006 | **Disposition** | 04/03/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Eileen Dick
Active 02/07/2005

**Private Counsel 660175**
Kathleen Kane
Spillane Law Offices (David M)
1212 Hancock Street
Quincy, MA 02169
Phone: 617-328-9100
Fax: 617-328-8373
Active 02/07/2005 Notify

**Defendant**
American Airlines, Inc
Service pending 02/07/2005

**Private Counsel 273940**
Maynard M Kirpalani
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-422-5300
Fax: 617-423-6917
Active 03/11/2005 Notify

**Private Counsel 548553**
Tory A Weigand
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-439-7590
Active 03/11/2005 Notify

**Defendant**
Worldwide Flight Services, Inc
Service pending 02/07/2005

**Private Counsel 641998**
Geoffrey M Coan
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-422-5300
Fax: 617-423-6917
Active 03/11/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/07/2005 | 1.0 | Complaint filed with request for trial by jury |

MAS-20030912
guen

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

03/15/2005
09:39 AM

## SUCV2005-00466
## Dick v American Airlines, Inc et al

| Date | Paper | Text |
|---|---|---|
| 02/07/2005 | | Origin 1, Type B04, Track F. |
| 02/07/2005 | 2.0 | Civil action cover sheet filed |
| 03/09/2005 | | Certified copy of Petition for removal to the US Dist court of deft Worldwide Flight Services, Inc., (US Dist# 05-10446GAO). ) |
| 03/11/2005 | | Case REMOVED this date to US District Court of Massachusetts |
| 03/11/2005 | | Certified copy of petition for removal to U. S. Dist. of Deft. American Airlines, Inc.  U. S. Dist.#(05-10455GAO). |
| 03/11/2005 | | Case REMOVED this date to US District Court of Massachusetts |

EVENTS

I HEREBY ATTEST AND CERTIFY ON
MARCH 15, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK

01 245680 y y y y y y

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-0456C | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|
| **PLAINTIFF(S)** Eileen Dick | | **DEFENDANT(S)** American Airlines, Inc. and Worldwide Flight Services, Inc. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Kathleen Kane, Spillane Law Offices 1212 Hancock Street, Suite 200, Quincy, MA Board of Bar Overseers number: 660175 | | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other Negligence | (F) | (x) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................ $ 220.00
2. Total Doctor expenses .............................................................. $ 598.00
3. Total chiropractic expenses ....................................................... $ 0
4. Total physical therapy expenses ................................................. $ 3,400.00
5. Total other expenses (describe) ................................................. $ 0

Subtotal $ 4,218.00

B. Documented lost wages and compensation to date ............................... $ 0
C. Documented property damages to date ............................................ $ 0
D. Reasonably anticipated future medical and hospital expenses ............... $ 15,000.00
E. Reasonably anticipated lost wages ................................................. $ 0
F. Other documented items of damages (describe) $ 50,000.00

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff suffered a right knee ACL tear, medial menisous tear, and patella chondromaloia

$ ...........
TOTAL $ 69,218.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Kathleen Kane_ DATE 2/1/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
MARCH 15, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____

ASSISTANT CLERK.

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, SS.                                  SUPERIOR COURT DEPT.
                                              CIVIL ACTION NO. 05-0466 C

---

EILEEN DICK
    Plaintiff

v.

AMERICAN AIRLINES, INC.

    Defendant.

WORLDWIDE FLIGHT SERVICES, INC.

    Defendant.

---

## PARTIES

1. Plaintiff, Eileen Dick, is a natural person residing at 106 Greenbriar Street, Dorchester, Suffolk County, Massachusetts.

2. Defendant, American Airlines, Inc. is a foreign corporation with its principal place of business at P.O. Box 619616 MD 5675, 4333 Amon Carter Blvd, Fort Worth, Texas.

3. Defendant, Worldwide Flight Services, Inc is a foreign corporation with its principle place of business at 1925 W. John Carpenter Fwy., Ste. 450 Irving, Texas.

## FACTS

4. At all relevant times herein, Defendant, American Airlines was a

SPILLANE LAW OFFICES
• • • • •
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924

www.spillanelawoffices.com

tenant of Miami Dade Airport.

5. At all relevant times, herein, Defendant Worldwide Flight Services, Inc. operated in Miami Dade Airport, including American Airlines terminals.

6. Eileen Dick was a lawful invitee on the premises of Defendant American Airlines.

7. Iris Baggy, the Plaintiff's mother, was a lawful invitee on American Airlines premises and placed in the care of an employee of co-Defendant, Worldwide Flight Services, Inc.

8. While on Defendant's, American Airlines' premises, and under the care of co-Defendant, Worldwide Flight Services, Inc., the Plaintiff was injured when her mom fell on her while riding down an escalator, sustaining substantial personal injuries.

### COUNT 1: NEGLIGENCE
### AMERICAN AIRLINES

9. The Plaintiff repeats, realleges, and incorporates fully paragraph 1 through 8 as if each were set forth in their entirety.

10. The Defendant, American Airlines owed a duty to the Plaintiff to make reasonable efforts to ensure that the companies they allow to operate on their premises do so with reasonable care.

11. The Defendant, American Airlines, was negligent when they breached their duty to ensure that Worldwide Flights, Inc. operated on their premises with due care.

12. As a direct and proximate cause of the Defendant's breach of its duty

SPILLANE LAW OFFICES
• • • • •
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924
www.spillanelawoffices.com

to exercise due care, the Plaintiff sustained personal injuries, incurred medical expenses, and experienced suffering to her mind and body

WHEREFORE, the Plaintiff demands judgment against the Defendant, American Airlines Inc., for monetary damages, interest, costs, and such additional relief as the court deems just and reasonable.

### COUNT 2; NEGLIGENCE
### WORLDWIDE FLIGHT SERVICES, INC.

13. The Plaintiff repeats, realleges, and incorporates fully paragraph 1 through 8 as if each were set forth in their entirety.

14. The Defendant, Worldwide Flight Services, Inc. owed the Plaintiff a duty to exercise reasonable care while operating in its capacity of transporting the Plaintiff's mother through the airport.

15. The Defendant, Worldwide Flight Services, Inc. was negligent in that they breached their duty to exercise reasonable care when their employee had the Plaintiff's mother, Iris Baggey attempt to stand on a moving escalator.

16. As a direct and proximate cause of the Defendant's negligence, Iris fell on the Plaintiff who sustained personal injuries to her mind and body and incurred substantial medical expenses.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Worldwide Flight Services. Inc. for monetary damages, interest, costs and such additional relief, as the Court deems just and reasonable.

### DEMAND FOR JURY TRIAL

The Plaintiff demands a Trial by Jury on all issues so triable

SPILLANE LAW OFFICES
♦ ♦ ♦ ♦ ♦
1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924
www.spillanelawoffices.com

By Plaintiff's Attorney

*Kathleen Kane*
Kathleen Kane, BBO No. 660175
Spillane Law Offices
1212 Hancock Street-Suite 200
Quincy, MA 02169-4300
(617) 328-9100

DATED: February 1, 2005

I HEREBY ATTEST AND CERTIFY ON
MARCH 15, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.

SPILLANE LAW OFFICES

1212 HANCOCK ST
QUINCY, MA 02169-4300
TEL: (617) 328-9100
FAX: (617) 328-8373

1130 WASHINGTON ST
HANOVER, MA 02339
TEL: (781) 829-9993
FAX: (781) 829-9924

www.spillanelawoffices.com

Suffolk Superior Court # 05-0466

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

05-10446 GAO

| | |
|---|---|
| EILEEN DICK,<br><br>　　　　Plaintiff<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.,<br>　　　　Defendants. | I hereby certify on _____ that the foregoing document is true and correct copy of the<br>☐ electronic docket in the captioned case<br>☐ electronically filed original filed on _____<br>☒ original filed in my office on 3-9-05<br>　　Sarah A. Thornton<br>　　Clerk, U.S. District Court<br>　　District of Massachusetts<br>By: _____ |

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
### 28 U.S.C. § 1441 (a)

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS:

The Defendant, Worldwide Flight Services, Inc. (hereinafter "Worldwide" or the "Defendant"), pursuant to Section 1331 and Section 1441 of Title 28 of the United States Code and Rule 81.1 of the Local Rules for the United States District Court, District of Massachusetts, herewith files this Notice of Removal in the United States District Court for the District of Massachusetts from the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County and states the following in support of this Notice of Removal:

1. The Plaintiff, Eileen Dick, (hereinafter "Dick" or the "Plaintiff"), filed a civil action against Worldwide on or about February 1, 2005, in the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County, Civil Action No. SUCV2005-0466, entitled Dick v. American Airlines, Inc. and Worldwide Flight Services, Inc.

2. On or about February 23, 2005, the Plaintiff served Worldwide with a copy of the Complaint. See Ret. of Service.

3. This Notice of Removal is filed in the United States District Court for the District of Massachusetts within the time allowed by law for removal of civil actions. The

35253.1

documents attached hereto as Exhibit "A" constitute all of the process and pleadings served upon Worldwide by the Plaintiff to date.

4. This action is removable to this Court pursuant to Section 1441(a) and (b) of Title 28 of the United States Code, because this Court has original jurisdiction under Section 1331 of Title 28 of the United States Code.

5. In particular, the Plaintiff's claims present federal questions because they are (1) completely preempted, (2) arise under federal common law, and/or (3) raise express or implied causes of action under the Constitution, federal statute, or international treaty.

6. The following bodies of law support a finding of complete preemption of the Plaintiff's claims, a finding that the claims arise under federal common law, and/or a finding that the complaint raises an express or implied cause of action under the Constitution, federal statute or international treaty: the Convention for the Unification of Certain Rules Relating to International Transportation by Air, Oct. 12, 1929, 49 Stat. 3000, 3014, T.S. No. 876 (1934), *reprinted in* note following 49 U.S.C. § 40105 (the "Warsaw Convention" or the "Convention").

7. This action is removable to this Court pursuant to 28 U.S.C. §1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(1) in that the plaintiff and the defendant are citizens of different states. Plaintiff is a resident of Dorchester, Massachusetts. Worldwide Flight Services, Inc. is a Texas corporation and its principal place of business is located in Irving, Texas. Thus, diversity of citizenship exists. Moreover, the amount in controversy is reasonably likely to exceed $75,000 based upon the plaintiff's claim that they are entitled $69,218.00 in monetary damages plus interest, costs and additional relief. Thus, in the event plaintiff prevails on these claims against Worldwide, and Worldwide is adjudged liable for damages incurred by the plaintiff, plaintiff claims she is entitled to recover an amount more than $69,218.00 and likely more than the $75,000 jurisdictional amount.

8. This Notice of Removal is being filed within thirty (30) days of service and receipt of the Summons and Complaint in accordance with Section 1446(b) of Title 28 of the United States Code.

9. A notice of the filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County, as required by Section 1446(d) of Title 28 of the United States Code.

10. Pursuant to Local Rule 81.1(a) shall, within thirty (30) days after filing a notice for removal of the action from state court to this court, file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court. See LR 81.1(a).

WHEREFORE, Worldwide prays that the action currently pending in the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County be removed to the United States District Court for the District of Massachusetts.

Respectfully submitted,

Worldwide Flight Services, Inc.,

By Its Attorneys,

Maynard M. Kirpalani, BBO#273940
Geoffrey Coan, BBO# 641998
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: 3/9/05

I HEREBY ATTEST AND CERTIFY ON MARCH 15, 2005, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                        CIVIL ACTION NO:   05-0466

EILEEN DICK,
        Plaintiff

v.

AMERICAN AIRLINES, INC. and
WORLDWIDE FLIGHT SERVICES, INC.,
        Defendants.

### NOTICE OF FILING OF NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT

Please take notice that on March 9, 2005, the above-captioned action has been removed to the United States District Court for the District of Massachusetts pursuant to Title 28, United States Code, Sections 1441 and 1446. A certified copy of the Notice of Removal is attached hereto in accordance with Title 28, United States Code, Section 1446(d).

        Respectfully submitted,

        Worldwide Flight Services, Inc.,

        By Its Attorneys,

        Maynard M. Kirpalani, BBO#273940
        Geoffrey Coan, BBO# 641998
        Wilson, Elser, Moskowitz,
        Edelman & Dicker, LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

Dated:

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Eileen Dick

**DEFENDANTS**

American Airlines, Inc. & Worldwide Flight Services

05-10446 GAO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kathleen Kane
Spillane Law Offices, 1212 Hancock Street, Suite 200
Quincy, MA

ATTORNEYS (IF KNOWN)

Carey L. Bertrand
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Boston, MA 02110

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☒ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☒ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / HABEAS CORPUS: ☐ 530 General | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | |
| ☐ 240 Torts to Land | | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC 1331, 28 USC 1441 & 49 USC 40105 - PERSONAL INJURY DURING TRAVEL BY AIRPLANE

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 3/9/05

SIGNATURE OF ATTORNEY OF RECORD
*Carey L. Bertrand*

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Eileen Dick v. American Airlines, Inc.__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
            740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   _X_ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

   *[stamped: 05-10446 GAO]*

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? ___No___

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? ___No___
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
   ___No___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? ___No___

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ___

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES __no__
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __Eastern__

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION _____ OR WESTERN SECTION _____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Carey L. Bertrand__
ADDRESS __Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal St., Boston, MA 02110__
TELEPHONE NO. __(617) 422-5300__

(COVER.SHT-02/90)

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

Carey L. Bertrand
Writer's Ext.: 5424
BertrandC@wemed.com

March 9, 2005

VIA HAND DELIVERY

**05-10446 GAO**

Docket Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Dick v. American Airlines et al.

Dear Sir or Madam:

Enclosed for filing please find:

1. NOTICE OF REMOVAL TO U.S. DISTRICT COURT;
2. Civil Cover Sheet;
3. Category Sheet; and
4. Check for Removal Fee.

We kindly request that you provide us with a certified copy of the Notice of Removal so that we may hand deliver it to the Suffolk Superior Court in compliance with the Federal Rules of Civil Procedure.

Thank you for your attention to this matter.

Very truly yours,

Maynard M. Kirpalani
Carey L. Bertrand

35306.1