UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN DICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC., and )<br>WORLDWIDE FLIGHT SERVICES, INC., )<br>)<br>Defendants. ) | Civil Action No. 05-10446-GAO |
| EILEEN DICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC., and )<br>WORLDWIDE FLIGHT SERVICES, INC., )<br>)<br>Defendants. ) | Civil Action No. 05-10455-GAO |

ORDER
March 29, 2005

O'TOOLE, D.J.

The above-captioned civil actions are pending before this Court after each of the two defendants separately filed its own notice of removal of the plaintiff's case from the Massachusetts Superior Court. In cases involving multiple defendants, all of the defendants are generally required to join in or assent to a notice of removal. See Thorn v. Amalgamated Transit Union, 305 F.3d 826, 833 (8th Cir. 2002); Gillis v. Louisiana, 294 F.3d 755, 759 (5th Cir. 2002); Montana v. Abbot Labs., 266 F. Supp.2d 250, 261 (D. Mass. 2003); Murphy v. Newell Operating Co., 245 F. Supp.2d 316,

318 (D. Mass. 2003); 14C Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3731 (3d ed. 1998). The first received notice of removal was filed by Worldwide Flight Services, Inc. on March 9, 2005. I will treat American Airlines' removal notice, filed on March 10, 2005, as its assent to Worldwide Flight Services' removal notice, thus satisfying the "rule of unanimity."

Since these two filings are exactly the same action, Civil Action No. 05-10455-GAO shall be consolidated into the first-filed Civil Action No. 05-10446-GAO and all future filings shall be made solely in Civil Action No. 05-10446-GAO.

It is SO ORDERED.

March 29 2005
DATE

_____
DISTRICT JUDGE