UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK,<br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>Defendants. | DOCKET NO: 05-10446-GAO |

### DEFENDANT AMERICAN AIRLINES, INC.'S
### LOCAL RULE 16.4 CERTIFICATION

Pursuant to Rule 16.4 of the local rules of the United States District Court for the Eastern District of Massachusetts, the undersigned counsel for American Airlines, Inc. and the undersigned American Airlines, Inc., representative certify that we have conferred over the potential costs of litigation and litigation alternatives and have considered resolution of this litigation through the use of alternative dispute resolution.

_____
Robert Tuma, Senior Claim Consultant
American Airlines, Inc.
P.O. Box 619616
Mail Drop 5658 HDQ
Dallas/Fort Worth Airport, TX 75261-9616

/s/ Tory A. Weigand
_____
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500 (main no.)
(617) 737-8827 (direct dial)
*For the Defendant, American Airlines, Inc.*

Dated: April 26, 2005

962246v1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/CEF system which will send a notice of electronic filing to the following: betrandc@wemed.com, coang@wemed.com, kirpalinim@wemed.com, tweigand@morrisonmahoney.com, and by first class mail to Attorney Kathleen Kane, Spillane Law Offices, Suite 200, 1212 Hancock Street, Quincy, MA 02169-4300.

/s/ Tory A. Weigand
_____
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500 (main no.)
(617) 737-8827 (direct dial)
(617) 342-4947 (direct fax)