UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>      Defendants. | CIVIL ACTION NO. 05-10446-GAO |

**PARTIES JOINT STATEMENT PURSUANT TO
FED.R.CIV.P. 26(f) AND L.R. 16.1(b)**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1. Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

    a. Preparing an agenda of matters to be discussed at the scheduling conference;
    b. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c. Considering whether they will consent to trial by magistrate judge.

2. After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | September 16, 2005 |
| Written discovery requests | October 28, 2005 |
| Motions to amend or supplement pleadings | November 30, 2005 |
| Nonexpert disclosures by Plaintiff | December 31, 2005 |

41510.1

| **Pretrial Activity** | **Date** |
|---|---|
| Nonexpert disclosures by Defendant | January 31, 2006 |
| Final answers to expert interrogatories by plaintiff | February 15, 2006 |
| Final answers to expert interrogatories by defendant | February 28, 2006 |
| All discovery completed | March 31, 2006 |
| All dispositive motions filed | May 15, 2006 |

Dated: August 1, 2005

Respectfully Submitted,
WORLDWIDE, FLIGHT SERVICES, INC.,
By its Attorneys,

 /s/ Geoffrey M. Coan
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

AMERICAN AIRLINES, INC.
By its Attorney,

 /s/ Tory A. Weigand
Tory A. Weigand, BBO #548553
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 737-8827

EILEEN DICK
By her Attorney,

 /s/ Kathleen Kane
Kathleen Kane, BBO# 660175
Spillane Law Offices
1212 Hancock Street, Suite 200
Quincy, MA 02169-9100
(617) 328-9100

2

41510.1