UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN DICK,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)    DOCKET NO: 05-10446-GAO<br>)<br>)<br>)<br>)<br>) |

## MOTION OF THE DEFENDANT, WORLDWIDE FLIGHT SERVICES, INC.'S FOR SUMMARY JUDGMENT

NOW COMES the defendant Wordlwide Flight Services, Inc. ("Worldwide") and hereby moves for the entry of summary judgment on all claims contained in plaintiff's complaint. As more fully set forth in the accompanying memorandum of law and undisputed statement of facts, plaintiff's claims are governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air ("Warsaw Convention"), which provides a two year statute of limitations and completely preempts all state law claims that fall within its scope and otherwise fail as a matter of law. In this matter, plaintiff did not initiate her claim within the two year period required by the Warsaw Convention and has failed to state any claim against Worldwide as the plaintiff has filed this negligence action alleging only Massachusetts state common law causes of action.

57912.1

WHEREFORE, defendant, Worldwide Flight Services, Inc., respectfully request that it's motion for summary judgment be **Allowed**.

Respectfully submitted,
Worldwide Flight Services, Inc.
By its attorney,

/s/ Geoffrey M. Coan
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO #641998
Wilson Elser LLP
155 Federal Street, 5th Floor
Boston, MA 02210
(617) 422-5300

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2006.

/s/ Geoffrey M. Coan
Geoffrey M. Coan

2

1001884v1
57912.1