UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>    Defendants. | DOCKET NO: 05-10446-GAO |

## AFFIDAVIT OF TORY A. WEIGAND

I, Tory A. Weigand, hereby depose and swear as follows:

1. I am counsel for American Airlines, Inc. ("American") in the above-referenced matter.

2. **Exhibit A** to American's Motion for Summary Judgment are true and accurate excerpts from the deposition of plaintiff, Eileen Dick.

3. **Exhibit B** to American's Motion for Summary Judgment is a true and accurate copy of plaintiff's itinerary for her international flight with American between Toronto, Canada and Trinidad and Tobago with an agreed stopping place in Miami, Florida. Plaintiff identified this itinerary at her deposition (page 16).

4. Attached as **Exhibit C** to American's Motion for Summary Judgment is a true and accurate copy of a September 10, 2003 demand letter made by counsel for plaintiff upon counsel for co-defendant Worldwide Flight Services, Inc. setting forth plaintiff's claim and the alleged circumstances of the underlying incident.

1

1003863v1

5. Attached as **Exhibit D** to American's Motion for Summary Judgment is a true and accurate copy of the Affidavit of Ric Arner, Manager of Airport Services for American at the Miami International Airport.

6. Attached as **Exhibit E** to American's Motion for Summary Judgment is a true and accurate copy of plaintiff's complaint.

7. Attached as **Exhibit F** to American's Motion for Summary Judgment is a true and accurate copy of the scheduled times and gates of plaintiff's American arrival flight and departure flight to and from Miami on February 25, 2005 showing that plaintiff arrived at Miami at 12:58 p.m. on Flight No. 1818 at Gate E9 and that her originally scheduled departing flight, which she missed due to the incident which is the subject of her complaint, was originally scheduled to leave at 1:15 p.m. at Gate E11.

8. Attached as **Exhibit G** to American's Motion for Summary Judgment is a true and accurate copy of referenced case law, Fazio v. Northwest Airlines, Inc., 2004 U.S. Dist. LEXIS 8423 (W.D. Mich 2004).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th AY OF MAY, 2006.

/s/ Tory A. Weigand

Tory A. Weigand, BBO #548553
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
tweigand@morrisonmahoney.com
(617) 439-7500

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 16, 2006**            .

/s/ Tory A. Weigand
_____