UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN DICK )<br>    Plaintiff )<br> )<br>v. )<br> )<br>AMERICAN AIRLINES, INC., and )<br>WORLDWIDE FLIGHT SERVICES, INC. )<br>    Defendants )<br> ) | DOCKET NO: 05-10446 |

## PLAINTIFF EILEEN DICK OPPOSITION TO DEFENDANT WORLDWIDE FLIGHT SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Eileen Dick, and moves this Court to oppose summary judgment on her behalf pursuant to Fed. R. Civ. P. Rule 56 (c) on the grounds that when the evidence is taken in the light most favorable to the nonmoving party, the pleadings, exhibits, and affidavits demonstrate that there exists a dispute as to material facts of the case, and the Defendant is not entitled to a judgment as a matter of law. As more fully set forth in the accompanying memorandum of law and statement of facts, Plaintiffs's claims are not governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air ("Warsaw Convention") but instead is governed by the Massachusetts Tort Act. Plaintiff initiated her claim within the three year period required by that Act and as such retains a timely filed claim against the Defendant.

WHEREFORE, Plaintiff, Eileen Dick, respectfully request that the Defendant's motion for summary judgment be **Denied**.

Plaintiff,
Eileen Dick
By her Attorney

/s/ Kathleen Kane

---

Kathleen Kane BBO No. 660175
Spillane Law Offices
1212 Hancock Street-Suite 200
Quincy, MA 02169-4300
(617) 328-9100

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 30, 2006**.

/s/ Kathleen Kane

---