UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN DICK )<br>    Plaintiff )<br> )<br>v. )<br> )<br>AMERICAN AIRLINES, INC., and )<br>WORLDWIDE FLIGHT SERVICES, INC. )<br>    Defendants ) | DOCKET NO: 05-10446 |

## PLAINTIFF EILEEN DICK OPPOSITION TO DEFENDANT WORLDWIDE FLIGHT SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Eileen Dick, and moves this Court to oppose summary judgment on her behalf pursuant to Fed. R. Civ. P. Rule 56 (c) on the grounds that when the evidence is taken in the light most favorable to the nonmoving party, the pleadings, exhibits, and affidavits demonstrate that there exists a dispute as to material facts of the case, and the Defendant is not entitled to a judgment as a matter of law. As more fully set forth in the accompanying memorandum of law and statement of facts, Plaintiffs's claims are not governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air ("Warsaw Convention") but instead is governed by the Massachusetts Tort Act. Plaintiff initiated her claim within the three year period required by that Act and as such retains a timely filed claim against the Defendant.

WHEREFORE, Plaintiff, Eileen Dick, respectfully request that the Defendant's motion for summary judgment be **Denied**.

Plaintiff,
Eileen Dick
By her Attorney

/s/ Kathleen Kane

---

Kathleen Kane BBO No. 660175
Spillane Law Offices
1212 Hancock Street-Suite 200
Quincy, MA 02169-4300
(617) 328-9100

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 30, 2006**.

/s/ Kathleen Kane

---

1    Q.  So you and your mother waited to get off
2  the airplane, right?
3    A.  Yes.
4    Q.  And when you got off the airplane, was
5  there somebody there to meet you with a wheelchair?
6    A.  Yes.
7    Q.  Was there more than one person?
8    A.  For us or for other people?
9    Q.  For you.
10   A.  No, the wheelchair arrived and the
11 wheelchair person.
12   Q.  Do you recall any conversations with
13 anybody from American Airlines prior to your mother
14 getting into the wheelchair?
15   A.  Just when they announced the wheelchair
16 passengers, you know, to remain in your seats and
17 you will be picked up, you know, and just, you know,
18 they might say to you, as one of the wheelchair
19 people, "The wheelchair is coming, just sit there."
20   Q.  So you help your mother walk off the plane,
21 and then she sits in the wheelchair?
22   A.  Yes.
23   Q.  Did you have any conversation with the
24 person who met you with the wheelchair at that time?

```
 1      Q.  Let me stop you there, if you don't mind.
 2   How long -- how many minutes did it take you to
 3   reach that area of the airport?
 4      A.  Maybe about five minutes.  I'm not sure.
 5   I'm really not sure.
 6      Q.  Okay.  Did you understand that you were
 7   heading toward the gate for your connecting flight?
 8      A.  Yes.
 9      Q.  Okay.  Were you going anywhere else at that
10   times, as far as you knew?
11      A.  Apart from the gate for the connecting
12   flight?
13      Q.  Right, right.
14      A.  Not as far as I know.  We were going for my
15   connecting flight.
16      Q.  And did you and your mother have your
17   boarding passes with you?
18      A.  Yes.
19      Q.  Okay.  And did you understand that to be a
20   restricted area of the airport, that is, only
21   ticketed passengers could be in that area?
22      A.  Yes.
23      Q.  All right.  So you arrive at the area where
24   there's an elevator and an escalator, you said?
```

```
 1  time?
 2      A.  No.
 3      Q.  What was the next thing that happened?
 4      A.  Well, the next thing that happened -- I
 5  don't know who all those people were, like, maybe
 6  American Airline attendants.  Somebody for the
 7  elevator came along, and they brought me along to an
 8  area; and they got a supervisor or something and
 9  started to look at me and ask me if I was all right.
10  And I told them what -- I was in pain and what was
11  happening.  And then they got -- they said, well,
12  wait, they will get an ambulance, an attendant, and
13  that sort of thing.  So the ambulance came about ten
14  minutes later with -- I mean, I didn't see the
15  ambulance, but they told me that.
16      Q.  So paramedics came?
17      A.  Paramedics came, yes.
18      Q.  So in about ten minutes some paramedics
19  came to take a look at you and your knee?
20      A.  Yes, yes.
21      Q.  And what did they do for you?
22      A.  Well, it was beginning to -- they asked me
23  would I like to go to the hospital; and I said,
24  "Well, it's difficult because I have my mother."
```

1   They looked at my mother, asked if she was all
2   right. She was really scared and, you know,
3   frightened. She was kind of looking at herself to
4   see if she was hurt. And she kept saying no, she's
5   all right and she was just frightened and in shock
6   kind of thing. And she was asking me if I was all
7   right.
8           And so they asked me -- when I looked at
9   it, it was beginning to get swollen a little bit at
10  this time -- if I would like to go to the hospital.
11  I thought about it for a bit; and I said no, I would
12  rather go home.
13      Q.  And did they provide you some ice for your
14  knee?
15      A.  Yes, they did.
16      Q.  Other than ice, did they provide you
17  anything else?
18      A.  No. They did offer me if I wanted any,
19  like, pain medication and if I was sure I didn't
20  want to go to the hospital; and I said, "Not right
21  now."
22      Q.  Okay. Now, during this time when you were
23  being attended to by the paramedics, do you recall
24  anything that any of the attendants said, the

```
 1  wheelchair attendants said?
 2      A.  No.
 3      Q.  Do you recall anything that any American
 4  Airlines personnel said to you at that time?
 5      A.  No.
 6      Q.  How long would you say --
 7      A.  As a matter of fact, I don't even know if I
 8  saw any American Airlines personnel at that time.
 9      Q.  Do you understand that the attendants with
10  the wheelchair were not employees of American
11  Airlines?
12      A.  Not at the time, I did not.
13      Q.  Do you understand that now?
14      A.  I do now, but not at the time.
15      Q.  I may have just asked you this, but how
16  long were the paramedics with you, attending to your
17  knee?
18      A.  It could be about ten, fifteen minutes.
19      Q.  Okay.  And what happened next after they
20  took care of your knee and you indicated you wanted
21  to go home, you didn't feel like you wanted to go to
22  the hospital, that you wanted to continue your trip
23  home?
24      A.  We sat there for a while, of course, icing
```

1  it down; and then we got to the -- they took me
2  along to the other area where I was supposed to go
3  for the flight.
4     Q.  For the flight?
5     A.  For the flight.  And do not ask me what
6  area or what was -- I have no idea.  I was just
7  pushed along to the area where I was supposed to go
8  to for the flight.
9     Q.  So after the paramedics attended to you,
10 did -- were the same two wheelchair attendants with
11 you that took you two onto the gate for your
12 departing flight?
13    A.  The same wheelchair attendant, yes.
14    Q.  You had one pushing you and one pushing
15 your mother?
16    A.  Yes.
17    Q.  Okay.
18    A.  I only picked up a wheelchair attendant
19 after the incident.
20    Q.  That's right.
21    A.  Yes.
22    Q.  So you were taken -- so the next thing you
23 recall after being taken care of by the paramedics
24 was going on to the gate --

1	A.	Yes.
2	Q.	-- where your flight was leaving; is that
3	right?
4	A.	Yes.
5	Q.	During that time do you recall any
6	conversations with the wheelchair attendants?
7	A.	No.
8	Q.	Did you make it in time to meet your
9	connecting flight?
10	A.	No. I'm thinking that I -- the flight --
11	I'm not sure if the flight was delayed or if we
12	missed the flight. I have -- I think the flight was
13	delayed, but I'm not sure, but I know we got on,
14	because we did not get to Toronto until very late
15	that night. And I know there was some kind of
16	delay, but whether it was -- to be fair, I do not
17	know if it was an American delay or if we missed the
18	flight because of the incident.
19	Q.	Okay. You just remember that there may
20	have been some delay in the flight?
21	A.	Yes.
22	Q.	Do you know how long you waited for the
23	flight before you left?
24	A.	I waited for quite a bit, quite a bit.

1    Q.  Do you remember how long?

2    A.  No, I do not.

3    Q.  Now, once you got to the gate area with

4  your boarding pass, did you -- did the attendants

5  stay with you, or did they just leave you there?

6    A.  They left me there.

7    Q.  Did you have any conversations with either

8  one before they left?

9    A.  No.

10   Q.  Do you recall them saying anything to you

11 before you left?

12   A.  No.

13   Q.  While you waited for your plane, did you

14 talk to anybody from American Airlines that you can

15 recall?

16   A.  No, not until I was going to board the

17 plane and, you know, I asked if I could get some ice

18 again; and then they said, when I get on board, so

19 then they started giving me ice.  They knew what had

20 happened by then.

21   Q.  So --

22   A.  I do not know -- let me go back on this.

23   Q.  Sure.

24   A.  I remember there was an incident report.  I

1  do not know if that's American Airlines.
2     Q.  So before you left on your -- before you
3  left on your connecting flight from Miami to
4  Toronto, did you fill out an incident report?
5     A.  In the airport when it happened, there was
6  something.
7     Q.  I'm going to show you what's been marked as
8  Exhibit 1.  And I'm going to show you a page of a
9  document and just see if that's the incident report
10 you recall filling out.
11    A.  (Witness reviews document.)  Yes.
12    Q.  Is that your signature down at the bottom,
13 or did you sign it anywhere there that you can see?
14    A.  I'm not seeing my signature on here.
15    Q.  Okay.  Can I just see that for a second,
16 please.  So the squiggly marks down at the bottom --
17    A.  That's not me.
18    Q.  That's not you.  All right.
19         MR. WEIGAND:  Why don't we have this
20 marked as 1A.
21         (Marked, Exhibit 1A, Incident report.)
22    Q.  What's been marked as 1A, Ms. Dick, just so
23 we are clear, that's a copy of the accident report
24 that you recall filling out or participating in?

```
 1      A.   Participating in, yes.
 2      Q.   Do you recall who you spoke with?
 3      A.   No, I do not.  Some suited guy they went
 4  and got in an office.
 5      Q.   Did you go to an office to speak to him?
 6      A.   I didn't go.  They came to me.
 7      Q.   Did they come to you right where --
 8      A.   Right where I was sitting in the
 9  wheelchair.
10      Q.   At the escalator?
11      A.   No, just as we moved a little bit away from
12  the escalator, in a sitting area right there.
13  That's where the ambulance attendants came to.
14           MR. WEIGAND:  Can I have that marked the
15  next exhibit.
16           (Marked, Exhibit 3, Copy of witness's
17  receipt for ticket and travel in January and
18  February 2002.)
19      Q.   Ms. Dick, I'm just going to show you what's
20  been marked as Exhibit 3.  And I believe that's a
21  copy of your receipt for your ticket and travel for
22  January and February 2002.  Does that sound right to
23  you?
24      A.   (Witness reviews document.)  Yes.
```

Eileen M. Dick
April 10, 2006

48

```
 1      Q.  Okay.  And again, the ticket indicates a
 2  trip from Toronto to Miami, Miami to Trinidad, and
 3  then back on the 25th of February from Trinidad to
 4  Miami, and Miami on to Toronto, correct?
 5      A.  Yes.
 6      Q.  All right.  When you -- while you were at
 7  the Miami airport and you were traveling -- strike
 8  that.  When you were with the wheelchair attendant,
 9  were they directing you where to go while you were
10  in Miami?
11      A.  Were they directing me where to go?
12      Q.  Yes.
13      A.  They were taking me to where I was going.
14  They weren't giving me directions because I was in
15  the wheelchair, so they were pushing me to where --
16  they knew what flight I was going to and what gate I
17  was going to.
18      Q.  How about before the incident, when you got
19  off the plane and before you fell on the escalator,
20  you were with a wheelchair attendant; was she
21  directing you and showing you where to go?
22      A.  She was leading the way, yes.
23      Q.  Okay.  You did not pass out through
24  security at any time before you left Miami; is that
```

```
 1   correct?
 2        A.  Excuse me?  Say that again.
 3        Q.  You didn't pass out through the security
 4   part of the airport before you left; is that
 5   correct?
 6        A.  No, I did not.  You mean, did I get out of
 7   the airport to go through security?
 8        Q.  Right.
 9        A.  No, I didn't.
10        Q.  And your bags were already checked,
11   correct, your carry-on -- other than your carry-on
12   bags, did you bring other luggage with you on the
13   trip?
14        A.  Yes, I had other luggage on the trip.
15        Q.  And they were already on the plane?
16        A.  Yes.
17        Q.  Did you go through customs at all while you
18   were in Miami, or did that take place when you got
19   to Toronto?
20        A.  I went through customs when I was in Miami.
21        Q.  Okay.
22        A.  Yes, that's what I was trying -- yes, we
23   went through customs.
24        Q.  Did you go through customs before you got
```

```
 1  on the escalator or after?
 2      A.  That I cannot remember.  More than likely
 3  it is before, yes.  That I cannot remember.
 4      Q.  How many minutes would you say passed from
 5  the time that you got off the airplane when you
 6  arrived to Miami and the time of the fall?
 7  Approximately is fine.
 8      A.  About five minutes.
 9      Q.  Okay.  And how long --
10      A.  It was a full flight; so, I mean, I don't
11  know.  We were last on the flight, so, you know --
12  to get off, as I said, so it could be five minutes,
13  it could be ten minutes.  I am not sure.
14      Q.  And that's fine.  How long did it take you
15  to get from -- once you -- after you were -- got
16  into the wheelchair yourself after the fall, how
17  long did it take you to get to your connecting
18  flight or the gate?
19      A.  About ten minutes.
20      Q.  Okay.  And you don't recall the gate number
21  at all?
22      A.  I do not.
23      Q.  Do you know if the gate number was an E?
24  Do you recall having an E number?
```

1  are going, and you say you are going to such and
2  such a place.  They know what gate it is, or it's
3  posted so you can look up and say, "Yes, I'm going
4  there."
5     Q.  Okay.  And as you traveled to your next
6  gate, the attorney had asked you, did you feel you
7  were under the direction and control of the
8  personnel who was pushing your mother in the
9  wheelchair.  She was directing you because you had
10 told her where you had to go in the airport; is that
11 correct?
12    A.  Yes.
13    Q.  And in terms of being in control, if you
14 had decided to stop or to go someplace else in the
15 airport, you certainly could have; is that not the
16 case?
17    A.  I would say if I wanted to, I could say,
18 "Wait a minute, hold on a minute, I want to go to
19 the bathroom," "I want to buy a beer," or "I want to
20 buy something," yeah.
21    Q.  Okay.  Thank you.  That's all I have.
22    A.  Yes.
23
24

THANK YOU FOR SELECTING AMERICAN AIRLINES. PLEASE ~~AMERICAN AIRLINES~~
FOLLOWING PAGES AS THEY CONTAIN IMPORTANT INFORMATION
TRIP. NOTE: YOU WILL BE REQUIRED TO PRESENT AT ~~BOARDING PASS~~
ID ISSUED BY A STATE/GOVERNMENT AUTHORITY.

ADV# 7374NMO

NAME OF PASSENGER
DICK/EILEEN
AA FROM 7374NMO
X/O PORT OF SPAIN       ADV
MIAMI INTERNTNL
AMERICAN AIRLINES
CARRIER  FLIGHT        CLASS  DATE        TIME
AA  1818  N  25FEB 1023A
GATE          BOARDING TIME   SEAT        SMOKE
6              811A           11E         NO

GROUP 5

EMMANUEL J DICK
66 OAKMEADOW BLVD
TORONTO, ON, CA
M1E4G5

PLEASE DO NOT HESITATE TO CONTACT US IF WE CAN BE OF
ASSISTANCE. OUR TOLL-FREE NUMBER IS 1-800-433-7
HAVE A VERY PLEASANT TRIP.

3SE /POS

ITINERARY FOR- EILEEN DICK                           DATE 22 DEC 01

    27JAN - SUNDAY
        LV  TORONTO ON         1159A    FLT1561    AMERICAN AIRLINES
        AR  MIAMI INTERNTNL     319P               ECONOMY

        LV  MIAMI INTERNTNL     450P    FLT1819    AMERICAN AIRLINES
        AR  PORT OF SPAIN       927P               ECONOMY

    25FEB - MONDAY
        LV  PORT OF SPAIN       853A    FLT1818    AMERICAN AIRLINES
        AR  MIAMI INTERNTNL    1155A               ECONOMY

        LV  MIAMI INTERNTNL     115P    FLT1562    AMERICAN AIRLINES
        AR  TORONTO ON          435P               ECONOMY