UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK )<br>    Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC., and )<br>WORLDWIDE FLIGHT SERVICES, INC. )<br>    Defendants )<br>) | DOCKET NO: 05-10446 |

## **PLAINTIFF EILEEN DICK OPPOSITION TO DEFENDANT AMERICAN AIRLINES, INC MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Eileen Dick, and moves this Court to oppose summary judgment on her behalf pursuant to Fed. R. Civ. P. Rule 56 (c) on the grounds that when the evidence is taken in the light most favorable to the nonmoving party, the pleadings, exhibits, and affidavits demonstrate that there exists a dispute as to material facts of the case, and the Defendant is not entitled to a judgment as a matter of law. As more fully set forth in the accompanying memorandum of law and statement of facts, Plaintiffs's claims are not governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air ("Warsaw Convention") but instead is governed by the Massachusetts Tort Act. Plaintiff initiated her claim within the three year period required by that Act and as such retains a timely filed claim against the Defendant.

WHEREFORE, Plaintiff, Eileen Dick, respectfully request that the Defendant's motion for summary judgment be **Denied**.

                                                          Plaintiff,
                                                          Eileen Dick
                                                          By her Attorney

                                                          /s/ Kathleen Kane

> Kathleen Kane BBO No. 660175
> Spillane Law Offices
> 1212 Hancock Street-Suite 200
> Quincy, MA 02169-4300
> (617) 328-9100

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 30, 2006**.

/s/ Kathleen Kane
_____

```
 1      Q.   So you and your mother waited to get off
 2   the airplane, right?
 3      A.   Yes.
 4      Q.   And when you got off the airplane, was
 5   there somebody there to meet you with a wheelchair?
 6      A.   Yes.
 7      Q.   Was there more than one person?
 8      A.   For us or for other people?
 9      Q.   For you.
10      A.   No, the wheelchair arrived and the
11   wheelchair person.
12      Q.   Do you recall any conversations with
13   anybody from American Airlines prior to your mother
14   getting into the wheelchair?
15      A.   Just when they announced the wheelchair
16   passengers, you know, to remain in your seats and
17   you will be picked up, you know, and just, you know,
18   they might say to you, as one of the wheelchair
19   people, "The wheelchair is coming, just sit there."
20      Q.   So you help your mother walk off the plane,
21   and then she sits in the wheelchair?
22      A.   Yes.
23      Q.   Did you have any conversation with the
24   person who met you with the wheelchair at that time?
```

1    Q.  Let me stop you there, if you don't mind.
2    How long -- how many minutes did it take you to
3    reach that area of the airport?
4    A.  Maybe about five minutes.  I'm not sure.
5    I'm really not sure.
6    Q.  Okay.  Did you understand that you were
7    heading toward the gate for your connecting flight?
8    A.  Yes.
9    Q.  Okay.  Were you going anywhere else at that
10   times, as far as you knew?
11   A.  Apart from the gate for the connecting
12   flight?
13   Q.  Right, right.
14   A.  Not as far as I know.  We were going for my
15   connecting flight.
16   Q.  And did you and your mother have your
17   boarding passes with you?
18   A.  Yes.
19   Q.  Okay.  And did you understand that to be a
20   restricted area of the airport, that is, only
21   ticketed passengers could be in that area?
22   A.  Yes.
23   Q.  All right.  So you arrive at the area where
24   there's an elevator and an escalator, you said?

```
 1   time?
 2       A.  No.
 3       Q.  What was the next thing that happened?
 4       A.  Well, the next thing that happened -- I
 5   don't know who all those people were, like, maybe
 6   American Airline attendants.  Somebody for the
 7   elevator came along, and they brought me along to an
 8   area; and they got a supervisor or something and
 9   started to look at me and ask me if I was all right.
10   And I told them what -- I was in pain and what was
11   happening.  And then they got -- they said, well,
12   wait, they will get an ambulance, an attendant, and
13   that sort of thing.  So the ambulance came about ten
14   minutes later with -- I mean, I didn't see the
15   ambulance, but they told me that.
16       Q.  So paramedics came?
17       A.  Paramedics came, yes.
18       Q.  So in about ten minutes some paramedics
19   came to take a look at you and your knee?
20       A.  Yes, yes.
21       Q.  And what did they do for you?
22       A.  Well, it was beginning to -- they asked me
23   would I like to go to the hospital; and I said,
24   "Well, it's difficult because I have my mother."
```

1  They looked at my mother, asked if she was all
2  right.  She was really scared and, you know,
3  frightened.  She was kind of looking at herself to
4  see if she was hurt.  And she kept saying no, she's
5  all right and she was just frightened and in shock
6  kind of thing.  And she was asking me if I was all
7  right.
8         And so they asked me -- when I looked at
9  it, it was beginning to get swollen a little bit at
10 this time -- if I would like to go to the hospital.
11 I thought about it for a bit; and I said no, I would
12 rather go home.
13    Q.  And did they provide you some ice for your
14 knee?
15    A.  Yes, they did.
16    Q.  Other than ice, did they provide you
17 anything else?
18    A.  No.  They did offer me if I wanted any,
19 like, pain medication and if I was sure I didn't
20 want to go to the hospital; and I said, "Not right
21 now."
22    Q.  Okay.  Now, during this time when you were
23 being attended to by the paramedics, do you recall
24 anything that any of the attendants said, the

1  wheelchair attendants said?
2      A.  No.
3      Q.  Do you recall anything that any American
4  Airlines personnel said to you at that time?
5      A.  No.
6      Q.  How long would you say --
7      A.  As a matter of fact, I don't even know if I
8  saw any American Airlines personnel at that time.
9      Q.  Do you understand that the attendants with
10 the wheelchair were not employees of American
11 Airlines?
12     A.  Not at the time, I did not.
13     Q.  Do you understand that now?
14     A.  I do now, but not at the time.
15     Q.  I may have just asked you this, but how
16 long were the paramedics with you, attending to your
17 knee?
18     A.  It could be about ten, fifteen minutes.
19     Q.  Okay.  And what happened next after they
20 took care of your knee and you indicated you wanted
21 to go home, you didn't feel like you wanted to go to
22 the hospital, that you wanted to continue your trip
23 home?
24     A.  We sat there for a while, of course, icing

```
 1   it down; and then we got to the -- they took me
 2   along to the other area where I was supposed to go
 3   for the flight.
 4       Q.   For the flight?
 5       A.   For the flight.  And do not ask me what
 6   area or what was -- I have no idea.  I was just
 7   pushed along to the area where I was supposed to go
 8   to for the flight.
 9       Q.   So after the paramedics attended to you,
10   did -- were the same two wheelchair attendants with
11   you that took you two onto the gate for your
12   departing flight?
13       A.   The same wheelchair attendant, yes.
14       Q.   You had one pushing you and one pushing
15   your mother?
16       A.   Yes.
17       Q.   Okay.
18       A.   I only picked up a wheelchair attendant
19   after the incident.
20       Q.   That's right.
21       A.   Yes.
22       Q.   So you were taken -- so the next thing you
23   recall after being taken care of by the paramedics
24   was going on to the gate --
```

1    A.  Yes.

2    Q.  -- where your flight was leaving; is that right?

4    A.  Yes.

5    Q.  During that time do you recall any conversations with the wheelchair attendants?

7    A.  No.

8    Q.  Did you make it in time to meet your connecting flight?

10    A.  No.  I'm thinking that I -- the flight -- I'm not sure if the flight was delayed or if we missed the flight.  I have -- I think the flight was delayed, but I'm not sure, but I know we got on, because we did not get to Toronto until very late that night.  And I know there was some kind of delay, but whether it was -- to be fair, I do not know if it was an American delay or if we missed the flight because of the incident.

19    Q.  Okay.  You just remember that there may have been some delay in the flight?

21    A.  Yes.

22    Q.  Do you know how long you waited for the flight before you left?

24    A.  I waited for quite a bit, quite a bit.

```
 1      Q.   Do you remember how long?
 2      A.   No, I do not.
 3      Q.   Now, once you got to the gate area with
 4  your boarding pass, did you -- did the attendants
 5  stay with you, or did they just leave you there?
 6      A.   They left me there.
 7      Q.   Did you have any conversations with either
 8  one before they left?
 9      A.   No.
10      Q.   Do you recall them saying anything to you
11  before you left?
12      A.   No.
13      Q.   While you waited for your plane, did you
14  talk to anybody from American Airlines that you can
15  recall?
16      A.   No, not until I was going to board the
17  plane and, you know, I asked if I could get some ice
18  again; and then they said, when I get on board, so
19  then they started giving me ice.  They knew what had
20  happened by then.
21      Q.   So --
22      A.   I do not know -- let me go back on this.
23      Q.   Sure.
24      A.   I remember there was an incident report.  I
```

1  do not know if that's American Airlines.
2      Q.  So before you left on your -- before you
3  left on your connecting flight from Miami to
4  Toronto, did you fill out an incident report?
5      A.  In the airport when it happened, there was
6  something.
7      Q.  I'm going to show you what's been marked as
8  Exhibit 1.  And I'm going to show you a page of a
9  document and just see if that's the incident report
10 you recall filling out.
11     A.  (Witness reviews document.)  Yes.
12     Q.  Is that your signature down at the bottom,
13 or did you sign it anywhere there that you can see?
14     A.  I'm not seeing my signature on here.
15     Q.  Okay.  Can I just see that for a second,
16 please.  So the squiggly marks down at the bottom --
17     A.  That's not me.
18     Q.  That's not you.  All right.
19         MR. WEIGAND:  Why don't we have this
20 marked as 1A.
21         (Marked, Exhibit 1A, Incident report.)
22     Q.  What's been marked as 1A, Ms. Dick, just so
23 we are clear, that's a copy of the accident report
24 that you recall filling out or participating in?

```
1      A.   Participating in, yes.
2      Q.   Do you recall who you spoke with?
3      A.   No, I do not.  Some suited guy they went
4   and got in an office.
5      Q.   Did you go to an office to speak to him?
6      A.   I didn't go.  They came to me.
7      Q.   Did they come to you right where --
8      A.   Right where I was sitting in the
9   wheelchair.
10     Q.   At the escalator?
11     A.   No, just as we moved a little bit away from
12  the escalator, in a sitting area right there.
13  That's where the ambulance attendants came to.
14          MR. WEIGAND:  Can I have that marked the
15  next exhibit.
16          (Marked, Exhibit 3, Copy of witness's
17  receipt for ticket and travel in January and
18  February 2002.)
19     Q.   Ms. Dick, I'm just going to show you what's
20  been marked as Exhibit 3.  And I believe that's a
21  copy of your receipt for your ticket and travel for
22  January and February 2002.  Does that sound right to
23  you?
24     A.   (Witness reviews document.)  Yes.
```

1    Q.  Okay.  And again, the ticket indicates a
2  trip from Toronto to Miami, Miami to Trinidad, and
3  then back on the 25th of February from Trinidad to
4  Miami, and Miami on to Toronto, correct?
5    A.  Yes.
6    Q.  All right.  When you -- while you were at
7  the Miami airport and you were traveling -- strike
8  that.  When you were with the wheelchair attendant,
9  were they directing you where to go while you were
10 in Miami?
11   A.  Were they directing me where to go?
12   Q.  Yes.
13   A.  They were taking me to where I was going.
14 They weren't giving me directions because I was in
15 the wheelchair, so they were pushing me to where --
16 they knew what flight I was going to and what gate I
17 was going to.
18   Q.  How about before the incident, when you got
19 off the plane and before you fell on the escalator,
20 you were with a wheelchair attendant; was she
21 directing you and showing you where to go?
22   A.  She was leading the way, yes.
23   Q.  Okay.  You did not pass out through
24 security at any time before you left Miami; is that

```
 1  correct?
 2       A.  Excuse me?  Say that again.
 3       Q.  You didn't pass out through the security
 4  part of the airport before you left; is that
 5  correct?
 6       A.  No, I did not.  You mean, did I get out of
 7  the airport to go through security?
 8       Q.  Right.
 9       A.  No, I didn't.
10       Q.  And your bags were already checked,
11  correct, your carry-on -- other than your carry-on
12  bags, did you bring other luggage with you on the
13  trip?
14       A.  Yes, I had other luggage on the trip.
15       Q.  And they were already on the plane?
16       A.  Yes.
17       Q.  Did you go through customs at all while you
18  were in Miami, or did that take place when you got
19  to Toronto?
20       A.  I went through customs when I was in Miami.
21       Q.  Okay.
22       A.  Yes, that's what I was trying -- yes, we
23  went through customs.
24       Q.  Did you go through customs before you got
```

```
 1  on the escalator or after?
 2     A.  That I cannot remember.  More than likely
 3  it is before, yes.  That I cannot remember.
 4     Q.  How many minutes would you say passed from
 5  the time that you got off the airplane when you
 6  arrived to Miami and the time of the fall?
 7  Approximately is fine.
 8     A.  About five minutes.
 9     Q.  Okay.  And how long --
10     A.  It was a full flight; so, I mean, I don't
11  know.  We were last on the flight, so, you know --
12  to get off, as I said, so it could be five minutes,
13  it could be ten minutes.  I am not sure.
14     Q.  And that's fine.  How long did it take you
15  to get from -- once you -- after you were -- got
16  into the wheelchair yourself after the fall, how
17  long did it take you to get to your connecting
18  flight or the gate?
19     A.  About ten minutes.
20     Q.  Okay.  And you don't recall the gate number
21  at all?
22     A.  I do not.
23     Q.  Do you know if the gate number was an E?
24  Do you recall having an E number?
```

```
 1  are going, and you say you are going to such and
 2  such a place.  They know what gate it is, or it's
 3  posted so you can look up and say, "Yes, I'm going
 4  there."
 5      Q.  Okay.  And as you traveled to your next
 6  gate, the attorney had asked you, did you feel you
 7  were under the direction and control of the
 8  personnel who was pushing your mother in the
 9  wheelchair.  She was directing you because you had
10  told her where you had to go in the airport; is that
11  correct?
12      A.  Yes.
13      Q.  And in terms of being in control, if you
14  had decided to stop or to go someplace else in the
15  airport, you certainly could have; is that not the
16  case?
17      A.  I would say if I wanted to, I could say,
18  "Wait a minute, hold on a minute, I want to go to
19  the bathroom," "I want to buy a beer," or "I want to
20  buy something," yeah.
21      Q.  Okay.  Thank you.  That's all I have.
22      A.  Yes.
23
24
```

THANK YOU FOR SELECTING AMERICAN AIRLINES. PLEASE [retain the] FOLLOWING PAGES AS THEY CONTAIN IMPORTANT INFORMATION [about your] TRIP. NOTE: YOU WILL BE REQUIRED TO PRESENT AT CHECK-IN [a photo] ID ISSUED BY A STATE/GOVERNMENT AUTHORITY.

ADV # 7374NMO

EMMANUEL J DICK
66 OAKMEADOW BLVD
TORONTO, ON, CA
M1E4G5

PLEASE DO NOT HESITATE TO CONTACT US IF WE CAN BE [of further] ASSISTANCE. OUR TOLL-FREE NUMBER IS 1-800-433-7[300]. HAVE A VERY PLEASANT TRIP.

**American Airlines**
**AMERICAN AIRLINES BOARDING PASS**

NAME OF PASSENGER: DICK/EILEEN
AA FROM: 7374NMO
X/O: PORT OF SPAIN   ADV
MIAMI INTERNTNL
AMERICAN AIRLINES
CARRIER FLIGHT: AA 1818   CLASS: N   DATE: 25FEB   TIME: 1023A
GATE: 6   BOARDING TIME: 811A   SEAT: 11E   SMOKE: NO
GROUP 5

3SE /POS

---

ITINERARY FOR- EILEEN DICK                              DATE 22 DEC 01

    27JAN - SUNDAY
      LV   TORONTO ON          1159A    FLT1561   AMERICAN AIRLINES
      AR   MIAMI INTERNTNL      319P              ECONOMY

      LV   MIAMI INTERNTNL      450P    FLT1819   AMERICAN AIRLINES
      AR   PORT OF SPAIN        927P              ECONOMY

    25FEB - MONDAY
      LV   PORT OF SPAIN        853A    FLT1818   AMERICAN AIRLINES
      AR   MIAMI INTERNTNL     1155A              ECONOMY

      LV   MIAMI INTERNTNL      115P    FLT1562   AMERICAN AIRLINES
      AR   TORONTO ON           435P              ECONOMY