UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK,<br>      Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>      Defendants. | )<br>)<br>)<br>)<br>)   DOCKET NO: 05-10446-GAO<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT, AMERICAN AIRLINES, INC.'S
### MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT

NOW COMES the defendant American Airlines, Inc. ("American") and hereby respectfully requests leave to file a Reply Memorandum in support of its motion for summary judgment in the above-referenced matter. As grounds for this request, American submits that a reply memorandum not to exceed six (6) pages has been prepared and is intended to assist the court in deciding the Motion for Summary Judgment which is based on the Convention for the Unification of Certain Rules for International Carriage by Air ("the Warsaw Convention").

WHEREFORE, the defendant, American Airlines, Inc., respectfully requests that its Motion for Leave to File the Reply Memorandum be **ALLOWED**.

/s/ Tory A. Weigand
_____

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **June 7, 2006**

/s/ Tory A. Weigand

Tory A. Weigand, BBO #548553
250 Summer Street
MORRISON MAHONEY LLP
Boston, MA  02210-1181
(617) 439-7500 (main no.)
(617) 737-8827 (direct dial)
*For the defendant, American Airlines, Inc.*

1

## LOCAL RULE 7.1 CERTIFICATION

      The undersigned counsel for the Defendants, hereby certifies that he has conferred with counsel for the Plaintiff in this matter, in a good faith attempt to resolve or narrow the issues of dispute raise in the accompanying motion, in accordance with Local Rule 7.1.

/s/ Tory A. Weigand
_____