UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK,<br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and<br>WORLDWIDE FLIGHT SERVICES, INC.<br>Defendants. | DOCKET NO: 05-10446-GAO |

### DEFENDANT, WORLDWIDE FLIGHT SERVICES, INC.'S, MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW COMES the defendant Worldwide Flight Services, Inc. ("Worldwide") and hereby respectfully requests leave to file a Reply Memorandum in support of its motion for summary judgment in the above-referenced matter. As grounds for this request, Worldwide submits that a reply memorandum not to exceed six (6) pages has been prepared and is intended to assist the court in deciding the Motion for Summary Judgment which is based on the Convention for the Unification of Certain Rules for International Carriage for Air ("the Warsaw Convention").

WHEREFORE, the defendant, Worldwide Flight Services, Inc., respectfully requests that its Motion for Leave to File the Reply Memorandum be **ALLOWED**.

Respectfully submitted,
Worldwide Flight Services, Inc.
By its attorney,

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 7, 2006.

/s/ Geoffrey M. Coan
Geoffrey M. Coan

/s/ Geoffrey M. Coan
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO #641998
Wilson Elser LLP
155 Federal Street, 5th Floor
Boston, MA  02210
(617) 422-5300

59326.1