UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN DICK )<br>    Plaintiff )<br> )<br>v. )<br> )<br>AMERICAN AIRLINES, INC., and )<br>WORLDWIDE FLIGHT SERVICES, INC. )<br>    Defendants )<br> ) | DOCKET NO: 05-10446 |

## PLAINTIFF EILEEN DICK OPPOSITION TO DEFENDANT AMERICAN AIRLINES, INC'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Eileen Dick, and moves this Court to oppose Defendant American Airlines, Inc's motion for leave to file a reply memorandum. The Defendant filed a lengthy brief in support of his motion for summary judgment and will have the opportunity to explain their position at the hearing on said motion.

WHEREFORE, Plaintiff, Eileen Dick, respectfully request that the Defendant's motion for leave to file a reply memorandum be **Denied**.

                                                        Plaintiff,
                                                        Eileen Dick
                                                        By her Attorney

                                                        /s/ Kathleen Kane
                                                        _____
                                                        Kathleen Kane BBO No. 660175
                                                       Spillane Law Offices
                                                        1212 Hancock Street-Suite 200
                                                        Quincy, MA 02169-4300
                                                        (617) 328-9100

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **June 12, 2006**.

/s/ Kathleen Kane
_____