UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EILEEN DICK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO: 05-10446-GAO |
| | ) | |
| AMERICAN AIRLINES, INC. and | ) | |
| WORLDWIDE FLIGHT SERVICES, INC. | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action and, pursuant to Fed. R. Civ. P.

41(a)(1)(ii), hereby stipulate and agree that said action be dismissed with prejudice, without costs

and all rights of appeal waived.

/s/ Kathleen Kane [TAW]
_____

Kathleen Kane, BBO #660175
Spillane Law Offices
1212 Hancock Street, Suite 200
Quincy, MA  02169-9100
(617) 328-9100
*For the Plaintiff*

/s/ Tory A. Weigand
_____

Tory A. Weigand, BBO #548553
250 Summer Street
Morrison Mahoney LLP
Boston, MA  02210-1181
(617) 439-7500 (main no.)
(617) 737-8827 (direct dial)
*For the defendant, American Airlines, Inc.*

I hereby certify that this document(s) filed through
the ECF system will be sent electronically to the
registered participants as identified on the Notice
of Electronic Filing (NEF) and paper copies will
be sent to those indicated as non registered
participants on **October 29, 2007**

/s/ Tory A. Weigand
_____

/s/ Geoffrey L. Coan [TAW]
_____

Geoffrey L. Coan, BBO #641998
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA  02110
(617) 422-5300
*For the defendant, Worldwide Flight Services, Inc.*

1090736v1